FILED
CLERK, U.S. DISTRICT COURT

MAR 24 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>V.<br><br>Andranik Arabyan<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:20-CR-00270-GW<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Thursday, March 30__, __2023__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __J. Chooljian__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/24/2023__

_____
U.S. ~~District Judge~~/Magistrate Judge